**BENJAMIN CARMAN, ESQ.**
NV Bar # 12565
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**THE BIG GUNS INJURY ATTORNEYS**
4045 Spencer Street Suite A52
Las Vegas, NV 89119
Telephone: (702) 500-GUNS
Facsimile: (702) 628-7095
service@thebigguns.law
Attorneys for Plaintiff
Darlresha Tellis

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARLRESHA TELLIS,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS, INC., a foreign corporation; EMPOWER BRANDS, LLC, a foreign limited liability company; QVC, INC., a foreign corporation; IC MARKS, INC., a foreign corporation; DOE MANUFACTURERS I - X; ROE WHOLESALERS I - X; ROE RETAILERS I-X<br><br>Defendants | 2:25-cv-00614-APG-EJY<br><br>**STIPULATION TO DISMISS DEFENDANT IC MARKS, INC. WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Darlresha Tellis and Defendants QVC, Inc., Spectrum Brands, Inc., and Empower Brands, LLC, by and through their respective counsel of record, that defendant IC Marks, Inc. be dismissed from this matter, without prejudice.

//

1
STIPULATION TO DISMISS DEFENDANT IC MARKS, INC. WITHOUT PREJUDICE

This stipulation is as to IC Marks, Inc. only and as to no other defendants.

DATED April 30, 2025

**THE BIG GUNS INJURY ATTORNEYS**

/s/Benjamin J. Carman
BENJAMIN CARMAN, ESQ.
ADAM C. EDWARDS, ESQ.
Attorneys for Plaintiff
Darlresha Tellis

DATED April 30, 2025

**MURCHISON & CUMMING, LLP**

/s/Taylor R. Reeves
MICHAEL J. NUNEZ, ESQ.
BRYAN J. URE, ESQ.
TAYLOR R. REEVES, ESQ.
Attorneys for Defendants
Spectrum Brands, Inc., Empower Brands LLC, and QVC, Inc.

**ORDER**

**IT IS SO ORDERED**

Dated: May 6, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE